UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEVEN DAVID PAWLISZKO,   CIVIL NO. 15-3994 (ADM/JSM)

    Petitioner,

v.   ORDER

BECKY DOOLEY,
Warden, Moose Lake
Correctional Inst.,

    Respondent.

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 30, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order:

    IT IS HEREBY ORDERED that

Petitioner Steven David Pawliszko's Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254 [Docket No. 1] is TRANSFERRED to the Eighth Circuit Court of Appeals under 28 U.S.C. § 1631.

Dated: December 21, 2015                  s/Ann D. Montgomery
                                                   ANN D. MONTGOMERY
                                                   United States District Judge